**STATE OF LOUISIANA**
**COURT OF APPEAL, FIRST CIRCUIT**

RE: Docket Number – **2023 CA 0948**

James Deslonde, Britany Deslonde, and Evan Plauche

Versus

St. Tammany Parish

22nd Judicial District Court
St. Tammany Parish Case No.: 202211670

On Application for Rehearing filed on 06/18/2024 by, Appellants (James Deslonde, Britany Deslonde, and Evan Plauche)

Rehearing _denied_

Judge Page McClendon

Judge Chris Hester

Judge Steven M. Miller

**AUG 08 2024**

Date _____

Rodd Naquin, Clerk